

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-14-2005

# USA v. Bendolph

Precedential or Non-Precedential: Precedential

Docket No. 01-2468

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. Bendolph" (2005). *2005 Decisions.* Paper 1537.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1537

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

Nos. 01-2468 & 02-2624

———————

UNITED STATES OF AMERICA

v.

HERBERT L. BENDOLPH,
                    Appellant at No. 01-2468

JULIO OTERO,
                    Appellant at No. 02-2624

———————

On Appeal from the United States District Court
for the District of Delaware
D.C. Criminal No. 95-cr-00068
(Honorable Sue L. Robinson)

On Appeal from the United States District Court
for the Middle District of Pennsylvania
D.C. Criminal No. 96-cr-00005-3
(Honorable Sylvia H. Rambo)

———————

Present:  SCIRICA, *Chief Judge*, SLOVITER, NYGAARD, ROTH, McKEE,
RENDELL, BARRY, AMBRO, FUENTES, SMITH, CHERTOFF, FISHER
and VAN ANTWERPEN, *Circuit Judges*

**O R D E R**

A majority of the active judges having voted for rehearing *en banc* in the above

appeal, it is ordered that the Clerk of this Court list the above case for rehearing *en banc*

at 10:00 a.m. on Wednesday, February 23, 2005.

BY THE COURT,

/s/ Anthony J. Scirica

_____

*Chief Judge*

DATED:  January 14, 2005
SMA:CC:TO: RA, DF, MS, RL, WB, TS

2